AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

**Qwest Communications Company, LLC.,**
    **Claimant,**

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

**V.**

**Telenational Communications, Inc.,**
    **Respondent.**

**CASE NUMBER: 10-cv-00041-LTB**

I,      Gregory C. Langham,      CLERK of the United States District Court certify that the attached

judgment is a true and correct copy of the original judgment entered in this action on    February 16, 2010   , as
                                                                                 *(Date)*

it appears in the records of this court, and that

**\*\* NO NOTICE OF APPEAL FROM THIS JUDGMENT HAS BEEN FILED, AND NO MOTION OF ANY KIND
LISTED IN RULE 4(A) OF THE FEDERAL RULES OF APPELLATE PROCEDURE HAS BEEN FILED.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

SEPTEMBER 28, 2011
      *(Date)*

                                                *(Clerk)*

                                                By) Deputy Clerk

**\*\* Insert the appropriate language:.......** "no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.".......... "no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."......... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."......... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

**(† Note:** The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.   10-cv-00041-LTB

QWEST COMMUNICATIONS COMPANY, LLC,

     Claimant,

v.

TELENATIONAL COMMUNICATIONS, INC.,

     Respondent.

I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
WITNESS my hand and SEAL of said
Court this 23 day of September 2011
GREGORY C. LANGHAM
By _____
                                  Deputy

---

## DEFAULT JUDGMENT

---

     PURSUANT TO and in accordance with the Order of Default Judgment entered

by the Honorable Lewis T. Babcock, United States District Judge, on February 16,

2010,

     IT IS ORDERED that Default Judgment is entered in favor of Claimant Qwest

Communications Company, LLC and against Telenational Communications, Inc., in the

amount of $1,782,259.87, plus interest at the statutory rate of 8% until paid, together

with costs.

     Dated at Denver, Colorado this   16th   of February 2010.

                             FOR THE COURT:
                             GREGORY C. LANGHAM, CLERK


                             By: s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk